**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ZENAIDA CO AS TRUSTEE OF THE ESTATE OF BEN LIM** | **MISC. CASE NO.** 17-mc-137 |
| **VERSUS** | **JUDGE DOHERTY** |
| **TAKEDA PHARMACEUTICAL COMPANY LIMITED AND TAKEDA PHARMACEUTICALS U.S.A., INC.** | **MAGISTRATE JUDGE HANNA** |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, BEN LIM

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Zenaida Co as Trustee, next of kin, surviving spouse, and Derivative Claimant; and Brenzel Bridite Co Lim, Benzen Byron Co Lim, and Blaze Bentley Co Lim, as Derivative Claimant and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Zenaida Co as Trustee, next of kin, surviving spouse, and Derivative Claimant; and Brenzel Bridite Co Lim, Benzen Byron Co Lim, and Blaze Bentley Co Lim as Derivative Claimant individually and as legal heirs to the Estate of Ben Lim, deceased, and Takeda, as notice to the Court on  July 25, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this ___2nd___ of ___August___, 2017.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE