RECEIVED
AUG 1 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ZENAIDA CO, ET AL. | MISC. CASE NO. 6:17-mc-137 |
| | RELATED CASE NO. 6:13-cv-220 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Zenaida Co as Trustee, next of kin, surviving spouse and Derivative Claimant; and Brenzel Bridite Co Lim, Benzen Byron Co Lim, and Blaze Bentley Co Lim, as Derivative Claimants of the estate of Ben Lim, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _16th_ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE